

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00468-CV

**IN RE** William **FISHBACK**

Original Proceeding[1]

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: August 10, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On August 1, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record before us, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022CVK00319-D4, styled *James Patrick Walker, Sr., James Patrick Walker Jr., Janent Denise Villarreal, and Amanda Hayes vs. William Fishback; and Whitworth Gigarroa, PLLC, Martha Gigarroa, and Emily Divila vs. William Fishback; and Russell Jordan vs. William Fishback*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Sid L. Harle presiding.